6. King v. United States 7. United States 8. United States 9. United States 10. United States 3. United States 4. United States 5. United States